# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No: | 18-02635 | BKT | Judge: | Brian K. Tester | | Trustee Name: | WIGBERTO LUGO-MENDER, TRUSTEE |
|---|---|---|---|---|---|---|---|
| Case Name: | NELSON MONSERRATE DAVILA | | | | | Date Filed (f) or Converted (c): | 05/11/2018 (f) |
| | | | | | | 341(a) Meeting Date: | 06/06/2018 |
| For Period Ending: | 05/07/2020 | | | | | Claims Bar Date: | 07/20/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  Barrio Cerdo Gordo Sector Los Velazquez Sr 916 Km 4.5 San L<br><br>Property to be abandoned as fully encumbered and burdensome to the estate. | 95,080.00 | 0.00 | OA | 0.00 | FA |
| 2.  Bo Cerro Gordo Sr 916 Int 9912 Km 4.5 on San Lorenzo PR<br><br>Property description as per deed of property<br>Trustee to pursue the sale of thsi parcel of land. | 15,840.00 | 14,840.00 | | 0.00 | 14,840.00 |
| 3.  Bo Cerro Gordo Sr 9912 Int 9912 Km 4.8 Sector Velazque Rio Cayaguas on San Lorenzo PR<br><br>Trustee to pursue the sale of thsi parcel of land. | 15,860.00 | 14,860.00 | | 0.00 | 14,860.00 |
| 4.  Bo Cerro Gordo Sector Velazquez Rio Cayaguas Sr 912 Int 9912 Km 4.8 San Lorenzo, PR<br><br>Trustee to pursue the sale of thsi parcel of land. | 10,840.00 | 10,840.00 | | 0.00 | 9,656.00 |
| 5.  2006 Toyota Corolla Mileage: 157,374 Kbb Trade In Fair Vin #<br><br>Although not inspected, scheduled value conforms with estimates reviewed in KBB.  Will abandon as exempt. | 1,577.00 | 0.00 | OA | 0.00 | FA |
| 6.  2010 Lexus Rx 350 Sport Utility Mileage: 68,000 Kbb Trade In<br><br>Vehicle inspected by thirds party retained by Trustee.  Vehicle value within estimate provided in scheduled.  Abandon as exempt. | 10,350.00 | 0.00 | OA | 0.00 | FA |
| 7.  2004 Mitsubishi Outlander Mileage: 178,000 Kbb Trade In Fair<br><br>Vehicle inspected by thirds party retained by Trustee.  Trustee to recover vehicle and conduct marketing efforts. | 733.00 | 1,200.00 | | 1,000.00 | FA |
| 8.  Living Room Set Dining Room Set 3 Bedroom Sets Kitchen Appli | 2,500.00 | 0.00 | | 0.00 | FA |
| 9.  2 Smartphones Tablet Pc Computer Printer<br><br>Inconsequential value to the estate | 1,500.00 | 0.00 | | 0.00 | FA |

Case:18-02635-EAG7  Doc#:33  Filed:05/07/20  Entered:05/07/20 16:02:51  Desc: Main
Document   Page 2 of 3

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 18-02635 | BKT | Judge: | Brian K. Tester | | Trustee Name: | WIGBERTO LUGO-MENDER, TRUSTEE |
|---|---|---|---|---|---|---|---|
| Case Name: | NELSON MONSERRATE DAVILA | | | | | Date Filed (f) or Converted (c): | 05/11/2018 (f) |
| | | | | | | 341(a) Meeting Date: | 06/06/2018 |
| For Period Ending: | 05/07/2020 | | | | | Claims Bar Date: | 07/20/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 10. Clothes & Personal Effects Of D & Fa INCONSEQUENTIAL VALUE TO THE ESTATE | 2,500.00 | 0.00 | | 0.00 | FA |
| 11. Coop Las Piedras Funds encumbered to creditor, no value for the benefit of the estate. | 5,185.13 | 0.00 | OA | 0.00 | FA |
| 12. BPPR Multi Zero balance at filing the petition, listed for disclosure purpose only | 0.00 | 0.00 | | 0.00 | FA |
| 13. Scotiabank Bal Today $1,856.22 In Transit $215 | 1,641.22 | 0.22 | OA | 0.00 | FA |
| 14. Roberto Martinez Egci 2015-245 Judgment San Lorenzo Municipa Trustee to pursue the collection of this judgment. | 17,072.08 | 0.00 | | 0.00 | 17,072.08 |
| 15. Good faith deposit to purchase properties located at San Lorenzo During the process of verifying the balance due of the property taxes, the bidder requested the refunded of the good faith deposit. | 0.00 | 2,000.00 | | 2,000.00 | FA |
| INT. Void (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

| | | | | | |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $180,678.43 | $43,740.22 | | $3,000.00 | $56,428.08 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee pursuing liquidation of estate assets.
1.Pursing the sale of three parcels of land owned by the estate. Title recording issues may delay this process but all efforts are geared to complete this sale.
2.In process of recovering and selling the MItsibishi Outlander inasmuch this is free and clear of liens and exemptions.
3.Investigation alleged Judgement in Favor of the estate.  Documents still to be obtained.

DECEMBER 31, 2019
Realtor appointed to pursue the sale of three parcel of land owned by the estate.
Given to the market condition will need additional time to get a prospective buyer for this asset.
In the event that closing sale occurs during this year estate tax return become due on April 2021
Objection to claims and closing dependent of this process.

Initial Projected Date of Final Report (TFR): 06/20/2020          Current Projected Date of Final Report (TFR): 09/30/2021

Trustee Signature:       /s/ WIGBERTO LUGO-MENDER, TRUSTEE          Date: 05/07/2020

WIGBERTO LUGO-MENDER, TRUSTEE
100 CARR 165 STE 501
GUAYNABO, PR  00968-8052
(787) 707-0404
wlugo@ecf.epiqsystems.com