IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>**NELSON MONSERRATE DAVILA**<br><br>**DEBTOR(S)** | CASE No. 18-02635 (BKT)<br><br>CHAPTER 7<br>ASSET CASE |

**MOTION ON DEBTOR'S OFFER FOR SETTLEMENT OF
INTEREST ON PROPERTIES WITH NOTICE TO PARTIES IN INTEREST**

TO THE HONORABLE COURT:

COMES NOW, Wigberto Lugo Mender, duly appointed Chapter 7 Trustee of the above captioned case, who respectfully states and prays as follows:

1. The above captioned case was filed as a Chapter 7 proceeding on May 11, 2018. On or around that date, the undersigned was appointed Chapter 7 Trustee.

2. The only remaining assets pending administration in the above captioned case is debtor's unliquidated interest in three lot of land located at Bo Cerro Gordo in San Lorenzo, Puerto Rico. Per the property records, title of this property is vested in favor of Carmen Lebron Velazquez, who is Debtor's Grandmother.

3. Enclosed herein are the following documents and information related to this property.

   a) Copy of the title search performed by JGI Title Service, Inc., dated July 27, 2018. **(Exhibit 1).**

   b) Real property debt certificate issued by Centro de Recaudación de Ingresos Municipales. **(Exhibit 2)**

3. At the meeting of creditors, the undersigned trustee determined to commence sale efforts on this property as part of his administration of estate assets. This matter was discussed with debtor's attorney.

Case:18-02635-EAG7 Doc#:44 Filed:10/27/20 Entered:10/27/20 15:16:05 Desc: Main
Document Page 2 of 18

MOTION ON DEBTOR OFFER FOR SETTLEMENT OF
INTEREST ON PROPERTY WITH NOTICE TO PARTIES IN INTEREST

NELSON MONSERRATE DAVILA
Case # 18-02635 (BKT)
Page #2

4. The debtor in this case, through his attorney, has stated his interest in retaining these three lots of land by paying the Trustee a net equity value for the benefit of creditors and the estate. The funds to be received by the undersigned trustee on account of this offer will be from non-estate funds received from debtor.

5. On August 13, 2020, counselor for debtor remitted a written offer in the amount of $20,000.00 for the net equity of these three parcels of land. In compliance with LBR 6004-1, the undersigned trustee states that in his best business judgment and after conducting reasonable marketing efforts, the proposed transaction offer is at least equal to or more than the actual value of the properties considering the expected notary costs, and realtor's commissions which would be required to record the property in the name of the estate to then transfer pursuant to 11 U.S.C. Section 363.

6. The undersigned trustee hereby states that he has accepted and recommends this proposal for settlement of interest in estate properties which is to be completed following the following conditions.

   a) At the time of filing this motion the Chapter 7 Trustee has received the amount of $20,000, which are now deposited in the estate's bank account held for this case.

   b) Upon notice and entry of Court Order by the Honorable Court, the three parcels of land subject of this settlement will be deemed abandoned pursuant the provisions of 11 U.S.C. Section 554.

   c) The Debtor will assume all transfer expenses, including but not limited to stamps, recording and notarial fees to be incurred for the recording in his name of these three parcels of land.

   d) Each party will bear its own costs and expenses in this transaction.

Case:18-02635-EAG7 Doc#:44 Filed:10/27/20 Entered:10/27/20 15:16:05 Desc: Main
Document Page 3 of 18

MOTION ON DEBTOR OFFER FOR SETTLEMENT OF
INTEREST ON PROPERTY WITH NOTICE TO PARTIES IN INTEREST

NELSON MONSERRATE DAVILA
Case # 18-02635 (BKT)
Page #3

7. For the reasons detailed herein the undersigned trustee believes that said transaction is in the best interest of creditors and other parties in interest, and as such should be approved.

8. The parties submit that the Settlement Agreement is in the best interest of the benefit for the estate since it will put an end to litigation. *In re Mailman Steam Carpet Cleaning Corp.* 212F.3d.632 (1st Cir.), cert denied, 531 U.S.960(2000). Furthermore, will assist the Chapter 7 trustee in the liquidation of this bankruptcy estate. *In re Martin*, 91F.3d.389(3d.Cir.1996). Accord *In Re Heatbrow Int'l Inc.*, 136 F.3d.45(1st Cir.1988).

## APPLICABLE LAW AND DISCUSSION

9. Rule 9019(a) of the Federal Rules of Bankruptcy Procedure provides that on motion by the trustee and after notice and a hearing, the court may approve a compromise or settlement, after notice of all parties pursuant to F.R.B.P. 2002. A court should consider five factors in striking the balance between the value of the compromise and the value of the claim:

> (i) the probability of success in the litigation being compromised;
> (ii) the difficulties, if any, to be encountered in the matter of collection;
> (iii) the complexity of the litigation involved, and the expense, inconvenience and delay attending it; and,
> (iv) the paramount interest of the creditors and a proper deference to their reasonable views in the premise.

See *In re C.P. del Caribe, Inc.*, 140 B.R. 320, 325, (Bankr. D.P.R. 1992); *In re Robotic Vision Sys., Inc.*, No. 04-14151-JMD, 2006 WL 929322, at *4 (B.A.P. 1st Cir. Apr. 11, 2006) (citing *Jeremiah v. Richardson*, 148 F.3d 17, 23 (1st Cir.1998)).

10. "The court's consideration of these factors should demonstrate whether the compromise is fair and equitable, and whether the claim the debtor is giving up is outweighed by the advantage to the debtor's estate." *In re Robotic Vision Sys., Inc.*, 2006 WL 929322, at *4.

11. The standard for approving a settlement, whether it is in the best interest of the estate,

Case:18-02635-EAG7 Doc#:44 Filed:10/27/20 Entered:10/27/20 15:16:05 Desc: Main
Document Page 4 of 18

MOTION ON DEBTOR OFFER FOR SETTLEMENT OF
INTEREST ON PROPERTY WITH NOTICE TO PARTIES IN INTEREST

NELSON MONSERRATE DAVILA
Case # 18-02635 (BKT)
Page #4

entails an examination of the settlement's terms with the litigation's probable cost and benefits. When an agreement provides tangible benefits to the estate in return for sacrifice of uncertain claims against a creditor, the bankruptcy court does not err in approving the settlement. In re Bond, 16 F.3d 408, 30 C.B.C.2d 784 (4th Cir. 1994).

12. The entering into a settlement agreement under Rule 9019 must be accorded some deference by the courts. See In re Healthco Int'l, Inc., 136 F.3d 45, 54 at fn. 5 (1st Cir. 1998) (quoting In re Moorhead Corp., 208 B.R. 87, 89 (B.A.P. 1st Cir. 1997) ("the [bankruptcy] judge…is not to substitute her judgment for that of the trustee [debtor-in-possession], and the trustee's judgment is to be accorded some deference."). Furthermore, "[c]ompromises are favored in bankruptcy." 10 Lawrence P. King, Collier on Bankruptcy ¶ 9019.01, at 9019–2 (16th ed. 2015).

13. The Parties deem that settlement of this matter is fair and equitable and agree to forever settle all issues in relation to the contested matter herein to end all resolve all controversies as set forth in complaint.

## NOTICE TO PARTIES IN INTEREST

Within twenty-one (21) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the clerk's office of the United States Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the court, the interest of justice requires otherwise.

Case:18-02635-EAG7 Doc#:44 Filed:10/27/20 Entered:10/27/20 15:16:05 Desc: Main
Document Page 5 of 18

MOTION ON DEBTOR OFFER FOR SETTLEMENT OF
INTEREST ON PROPERTY WITH NOTICE TO PARTIES IN INTEREST

NELSON MONSERRATE DAVILA
Case # 18-02635 (BKT)
Page #5

WHEREFORE, the undersigned Trustee prays this Honorable Court that upon notice hereby served to approve this request approving debtor's offer for these property, as detailed herein and to grant any further relief as deemed necessary.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY**: That on this same date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to **LYSSETTE A MORALES VIDAL, ESQ.,** (Attorney for Debtors) at ramonlopezlaw@gmail.com ; **PATRICIA I VARELA HARRISON, ESQ.,** (Attorney for Banco Popular PR) at pvarela@martineztorreslaw.com ; U.S. Trustee Office, (Monsita Lecaroz Arribas, Esq.) at ustpregion21.hr.ecf@usdoj.gov and to the participants appearing in said record

**I FURTHER CERTIFY**: That on this same date a thru copy of this document will be mailed by first class mail to all creditors and parties in interest appearing in the enclosed master address list.

RESPECTFULLY SUBMITTED

In Guaynabo, Puerto Rico this 30 day of September of 2020.

s/ Wigberto Lugo Mender
**WIGBERTO LUGO MENDER**
**CHAPTER 7 TRUSTEE**
Centro Internacional de Mercadeo
100 Carr 165, Suite 501
Guaynabo, P.R. 00968-8052
Tel. (787) 707-0404
Fax. (787) 707-0412
trustee@lugomender.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0104-3<br>Case 18-02635-BKT7<br>District of Puerto Rico<br>Old San Juan<br>Tue Oct 27 15:09:08 AST 2020 | BANCO POPULAR  PR<br>MARTINEZ & TORRES LAW OFFICES PSC<br>PO BOX 192938<br>SAN JUAN, PR 00919-3409 | US Bankruptcy Court District of P.R.<br>Jose V Toledo Fed Bldg & US Courthouse<br>300 Recinto Sur Street, Room 109<br>San Juan, PR 00901-1964 |
| BANCO POPULAR DE PUERTO RICO<br>MARTINEZ & TORRES LAW OFFICES, P.S.C.<br>P.O. BOX 192938<br>SAN JUAN, PR 00919-3409 | BPPR<br>GPO BOX 3228<br>SAN JUAN PR 00936 | BPPR<br>PO BOX 70127<br>SAN JUAN PR 00936-8127 |
| BPPR-CRLINE<br>GPO BOX 2708<br>SAN JUAN PR 00936 | CITI<br>PO BOX 6241<br>SIOUX FALLS SD 57117-6241 | COOP PIEDRAS<br>APARTADO 252<br>LAS PIEDRAS PR 00771-0252 |
| COOPERATIVA A/C LAS PIEDRAS<br>APARTADO 414<br>LAS PIEDRAS PR 00771-0414 | CRIM<br>BANKRUPTCY DIV.<br>PO  BOX 195387<br>SAN JUAN PR 00919-5387 | DEPARTMENT OF TREASURY<br>BANKRUPTCY SECTION 424 B<br>PO BOX 9024140<br>SAN JUAN, PR 00902-4140 |
| ELA TREASURY DEPT<br>PO BOX 9024140<br>SAN JUAN PR 00902-4140 | FIRST BANK<br>CONSUMER SERVICE CENTER<br>BANKRUPTCY DIVISION (CODE 248)<br>PO BOX 9146, SAN JUAN, PR 00908-0146 | FIRST BANK PUERTO RICO<br>1130 MUNOZ RIVERA AVE<br>SAN JUAN PR 00927-5009 |
| FIRST BANK PUERTO RICO<br>PO BOX 982238<br>EL PASO TX 79998-2238 | IRS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | PYOD, LLC its successors and assigns as assi<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602-9008 |
| SEARS/CBNA<br>PO BOX 6283<br>SIOUX FALLS SD 57117-6283 | SYNCB/SAMS CLUB DISCOVER<br>PO BOX 965005<br>ORLANDO FL 32896-5005 | SYNCB/TJX COS DC<br>PO BOX 965005<br>ORLANDO FL 32896-5005 |
| Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541-1021 | LYSSETTE A MORALES VIDAL<br>LYSSETE MORALESLAW OFFICE<br>76 CALLE AQUAMARINA URB VILLA BLANCA<br>CAGUAS, PR 00725-1908 | MONSITA LECAROZ ARRIBAS<br>OFFICE OF THE US TRUSTEE (UST)<br>OCHOA BUILDING<br>500 TANCA STREET  SUITE 301<br>SAN JUAN, PR 00901 |
| NELSON MONSERRATE DAVILA<br>HC 20 BOX 25728<br>SAN LORENZO, PR 00754-9642 | WIGBERTO LUGO MENDER<br>LUGO MENDER & CO<br>CENTRO INTERNACIONAL DE MERCADEO<br>100 CARR 165  SUITE 501<br>GUAYNABO, PR 00968-8052 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)18-2635 (u)NELSON MONSERRATE DAVILA

End of Label Matrix
Mailable recipients 25
Bypassed recipients 2
Total 27

**Exhibit 1**



Calle Fernando Calder #454 Urb. Roosevelt S.J. Puerto Rico 00918-2730
T: (787) 753-0555 F: (787) 250-1853
E: jgititle@prtc.net

## ESTUDIO DE TITULO

CASO: #18-02635 / NELSON MONSERRATE DAVILA
RE: Michelle Rosado / Lugo Mender & Co.

FINCA #20257, inscrita al folio 141 del tomo 465 de San Lorenzo (Sección II de Caguas).

DESCRIPCION:

LOTE NUMERO UNO: RUSTICA: Predio de terreno ubicado en el barrio Cerro Gordo del municipio de San Lorenzo, Puerto Rico, con una cabida superficial de 793.7834 metros cuadrados, colindando por el NORTE, con la franja verde a dedicarse a uso público "C", en una distancia de 21.17 metros; por el SUR, con la faja para uso público "A", en una distancia de 14.00 metros; por el ESTE, con el solar #2, en una distancia de 27.74 metros y con la faja verde a dedicarse a uso público "B", en una distancia de 15.92 metros y por el OESTE, con Ismael López, en dos alineaciones que suman una distancia de 46.00 metros.

ORIGEN: Se segrega de la finca #4015, inscrita al folio 176 del tomo 56 de San Lorenzo.

PROPIETARIO REGISTRAL: CARMEN LEBRON VELAZQUEZ, mayor de edad, soltera, quien adquiere por segregación a su favor, con valor de $1,000.00. Según escritura #103, otorgada en San Lorenzo, el 22 de noviembre de 2002, ante José Luis Benítez Sánchez, inscrita al folio 141 del tomo 465 de San Lorenzo, inscripción 1ra. y Única.

CARGAS Y GRAVAMENES:

Por su Procedencia:

LIBRE

Por sí:

LIBRE

**NOTA IMPORTANTE:** No se encontró presentada la escritura #16 de compraventa, a favor de Nelson Monserrate Dávila. Tampoco se encontró presentada la declaratoria de herederos de la Sra. Carmen Lebrón Velázquez.

**NOTA IMPORTANTE: Debido a que el sistema integral colapsó, no somos responsables por documentos presentados, previo a mayo de 2004.**

REVISADOS: Embargos por Contribuciones, Embargos Federales, Sentencias y Bitácora Electrónica.

En esta Sección se ha establecido un sistema computadorizado de operaciones. Esta Corporación no se hace responsable por errores u omisiones en la entrada de datos en el sistema de computadora.

Este estudio ha sido realizado el 27 de julio de 2018, a la 1:20 p.m. en la Sección II de Caguas del Registro de la Propiedad de Puerto Rico.

**J G T TITLE SERVICES, INC.**
JGITS/anm
**#97226**
Cotejado por: C
20257_SLO_E18
F-anm



Calle Fernando Calder #454 Urb. Roosevelt S.J. Puerto Rico 00918-2730
T: (787) 753-0555 F: (787) 250-1853
E: jgititle@prtc.net

ESTUDIO DE TITULO

CASO: #18-02635 / NELSON MONSERRATE DAVILA
RE: Michelle Rosado / Lugo Mender & Co.

FINCA #20258, inscrita al folio 145 del tomo 465 de San Lorenzo (Sección II de Caguas).

DESCRIPCION:

LOTE NUMERO DOS: RUSTICA: Predio de terreno ubicado en el barrio Cerro Gordo de San Lorenzo, Puerto Rico, con una cabida superficial de 793.7834 metros cuadrados, colindando por el NORTE, con la faja verde a dedicarse a uso público "C", en dos alineaciones que suman una distancia de 32.88 metros; por el SUR, con faja verde a dedicarse a uso público "B", en tres alineaciones que suman una distancia de 49.50 metros; por el ESTE, con el Remanente Uno, en una distancia de 16.56 metros y por el OESTE, con el lote #1, en una distancia de 27.74 metros.

ORIGEN: Se segrega de la finca #4015, inscrita al folio 176 del tomo 56 de San Lorenzo.

PROPIETARIO REGISTRAL: CARMEN LEBRON VELAZQUEZ, mayor de edad, soltera, quien adquiere por segregación a su favor, con valor de $1,000.00. Según escritura #103, otorgada en San Lorenzo, el 22 de noviembre de 2002, ante José Luis Benítez Sánchez, inscrita al folio 145 del tomo 465 de San Lorenzo, inscripción 1ra. y Única.

CARGAS Y GRAVAMENES:

Por su Procedencia:

LIBRE

Por sí:

LIBRE

**NOTA IMPORTANTE:** No se encontró presentada la escritura #16 de compraventa, a favor de Nelson Monserrate Dávila. Tampoco se encontró presentada la declaratoria de herederos de la Sra. Carmen Lebrón Velázquez.

**NOTA IMPORTANTE: Debido a que el sistema integral colapsó, no somos responsables por documentos presentados, previo a mayo de 2004.**

REVISADOS: Embargos por Contribuciones, Embargos Federales, Sentencias y Bitácora Electrónica.

En esta Sección se ha establecido un sistema computadorizado de operaciones. Esta Corporación no se hace responsable por errores u omisiones en la entrada de datos en el sistema de computadora.

Este estudio ha sido realizado el 27 de julio de 2018, a la 1:45 p.m., en la Sección II de Caguas del Registro de la Propiedad de Puerto Rico.

**J G I TITLE SERVICES, INC.**
JGITS/anm
**#97226**
Cotejado por: C
20258_SLO_E18
F-anm



Calle Fernando Calder #454 Urb. Roosevelt S.J. Puerto Rico 00918-2730
T: (787) 753-0555 F: (787) 250-1853
E: jgititle@prtc.net

# ESTUDIO DE TITULO

CASO: #18-02635 / NELSON MONSERRATE DAVILA
RE: Michelle Rosado / Lugo Mender & Co.

FINCA #20259, inscrita al folio 149 del tomo 465 de San Lorenzo (Sección II de Caguas).

DESCRIPCION:

REMANENTE UNO: RUSTICA: Predio de terreno ubicado en el barrio Cerro Gordo de San Lorenzo, Puerto Rico, con una cabida de 542.8571 metros cuadrados. Colindando por el NORTE, con la faja verde a dedicarse a uso público "C", en una distancia de 6.00 metros; por el SUR, con el lote #2, en una distancia de 16.56 metros; por el ESTE, con la faja verde a dedicarse a uso público "B", en tres alineaciones que suman una distancia de 42.41 metros y por el OESTE, con la franja verde a dedicarse a uso público "C", en una distancia de 32.40 metros.

ORIGEN: Se segrega de la finca #4015, inscrita al folio 176 del tomo 56 de San Lorenzo.

PROPIETARIO REGISTRAL: CARMEN LEBRON VELAZQUEZ, mayor de edad, soltera, quien adquiere por segregación a su favor, con valor de $1,000.00. Según escritura #103, otorgada en San Lorenzo, el 22 de noviembre de 2002, ante José Luis Benítez Sánchez, inscrita al folio 149 del tomo 465 de San Lorenzo, inscripción 1ra. y Única.

CARGAS Y GRAVAMENES:

Por su Procedencia:

LIBRE

Por sí:

LIBRE

**NOTA IMPORTANTE:** No se encontró presentada la escritura #16 de compraventa, a favor de Nelson Monserrate Dávila. Tampoco se encontró presentada la declaratoria de herederos de la Sra. Carmen Lebrón Velázquez.

**NOTA IMPORTANTE: Debido a que el sistema integral colapsó, no somos responsables por documentos presentados, previo a mayo de 2004.**

REVISADOS: Embargos por Contribuciones, Embargos Federales, Sentencias y Bitácora Electrónica.

En esta Sección se ha establecido un sistema computadorizado de operaciones. Esta Corporación no se hace responsable por errores u omisiones en la entrada de datos en el sistema de computadora.

Este estudio ha sido realizado el 27 de julio de 2018, a las 2:20 p.m., en la Sección II de Caguas del Registro de la Propiedad de Puerto Rico.

**J G I TITLE SERVICES, INC.**
JGITS/anm
**#97226**
Cotejado por: C
20259_SLO_E18
F-anm

**Exhibit 2**



Estado Libre Asociado de Puerto Rico

Centro de Recaudación de Ingresos Municipales

Número de Certificación
R4E-201803120087

## ESTADO DE CUENTA / STATEMENT OF ACCOUNT

Propietario/ Owner: MONSERRATE DAVILA NELSON

Fecha de interes / Interest Date: 12 de Marzo de 2018

# Catastro / Pin #: 302-008-221-19-000

Municipio / Municipality: SAN LORENZO (48)

Localización de la Propiedad / Property Location
BO CERRO GORDO CARR 916 KM.HM 4.5

Dirección Postal / Postal Address
HC 20 BOX 25728 SAN LORENZO PR 00754

| Año Fiscal / Fiscal Year | Fecha Notif Bill Date | Principal | Descuento / Discount | Interes / Interest | Recargos / Surcharge | Penalidad / Penalty | Cantidad Adeudada / Amount Due |
|---|---|---|---|---|---|---|---|
| | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| GRAND TOTAL | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

Emitida / Issued: 12 de Marzo de 2018

Expira / Expires: 10 de Junio de 2018

Firma / Signature

*La deuda con @ no está vencida.

No incluye deudas por mejoras que estuvieran sin tasar.

Esta certificación no será oficial sin el importe de $2.50 en estampillas emitidas por el CRIM. Es válida para gestiones de cobro.

Si mediante investigación realizada posteriormente se comprueba que esta propiedad no reúne los requisitos para disfrutar de la exención y/o exoneración, se pondrán al cobro las notificaciones retroactivas para los años

Nota aclaratoria: El cómputo de los intereses se calculan diariamente. Esta certificación tendrá una vigencia de 3 meses a partir de la fecha de emisión.

Note: The interest is calculated daily. This Report will be valid for 3 months from the date of issue.

3/12/2018 8:17:38AM

Página 1 de 1



Número de Certificación
R4V-201803120088

ESTADO LIBRE ASOCIADO DE PUERTO RICO
CENTRO DE RECAUDACION DE INGRESOS MUNICIPALES

## CERTIFICACION DE VALOR
## VALUE CERTIFICATE

1. La propiedad localizada en / Property located at:

   KM.HM 4.5  CARR 916
   BO CERRO GORDO
   SAN LORENZO

   se identifica para fines catastrales con el siguiente número: 302-008-221-19-000
   Identified with parcel number: 302-008-221-19-000

2. Esta propiedad está valorada de la siguiente manera
   The property is valued as follows

   | | |
   |---|---|
   | Tierra / Land | 231 |
   | Estructura / Structure | 0 |
   | Maquinaria / Machinery | 0 |
   | Total Assessed value | 231 |

3. Esta propiedad tiene una cabida de
   This property has a capacity of         542.8600  Units: M

4. A esta propiedad y/o a su dueño, se le concedió una exención contributiva de  0

   This property and / or its owner, was granted a tax exemption of  0

5. A esta propiedad y/o su dueño se le concedió una exoneración contributiva de  0

   This property and / or its owner it was granted a tax exoneration for  0

6. Esta propiedad figura en el Certificado y Lista de Tasación a nombre de:
   MONSERRATE DAVILA NELSON

   This property is under the name of:
   MONSERRATE DAVILA NELSON

   Emitida/ Issued:  12 de Marzo de 2018
   Expira / Expires:  10 de Junio de 2018

Firma / Signature

Esta certificación tiene un valor de $2.50

Nota aclaratoria: La información suministrada en esta certificación puede ser afectada por cualquier investigación o intervención de cuenta que se haya iniciado o esté por iniciarse a este contribuyente. Esta certificación tendrá una vigencia de 3 meses a partir de la fecha de emisión.

Note: The information submitted in this certificate can be affected by any investigation or intervention to the account. This Report will be valid for 3 months from the date of issue.

3/12/2018  8:18:12AM

Sola √



Estado Libre Asociado de Puerto Rico

Centro de Recaudación de Ingresos Municipales

Número de Certificación
R4E-201803120081

# ESTADO DE CUENTA / STATEMENT OF ACCOUNT

Propietario/ Owner: MONSERRATE DAVILA NELSON

Fecha de interes / Interest Date: 12 de Marzo de 2018

# Catastro / Pin #: 302-008-221-33-000

Municipio / Municipality: SAN LORENZO (48)

Localización de la Propiedad / Property Location: BO CERRO GORDO CARR 916 KM.HM 4.5

Dirección Postal / Postal Address: HC 20 BOX 25728 SAN LORENZO PR 00754

| Año Fiscal Fiscal Year | Fecha Notif Bill Date | Principal | Descuento Discount | Interes Interest | Recargos Surcharge | Penalidad Penalty | Cantidad Adeudada Amount Due |
|---|---|---|---|---|---|---|---|
|  |  | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| GRAND TOTAL |  | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

Emitida / Issued: 12 de Marzo de 2018

Expira / Expires: 10 de Junio de 2018

Firma / Signature

*La deuda con @ no está vencida.

No incluye deudas por mejoras que estuvieran sin tasar.

Esta certificación no será oficial sin el importe de $2.50 en estampillas emitidas por el CRIM. Es válida para gestiones de cobro.

Si mediante investigación realizada posteriormente se comprueba que esta propiedad no reúne los requisitos para disfrutar de la exención y/o exoneración, se pondrán al cobro las notificaciones retroactivas para los años

Nota aclaratoria: El cómputo de los intereses se calculan diariamente. Esta certificación tendrá una vigencia de 3 meses a partir de la fecha de emisión.

Note: The interest is calculated daily. This Report will be valid for 3 months from the date of issue.

3/12/2018  8:15:38AM

Página 1 de 1



Número de Certificación
R4V-201803120082

ESTADO LIBRE ASOCIADO DE PUERTO RICO
CENTRO DE RECAUDACION DE INGRESOS MUNICIPALES

## CERTIFICACION DE VALOR
## VALUE CERTIFICATE

1. La propiedad localizada en / Property located at:

   KM.HM 4.5  CARR 916
   BO CERRO GORDO
   SAN LORENZO

   se identifica para fines catastrales con el siguiente número: 302-008-221-33-000
   Identified with parcel number: 302-008-221-33-000

2. Esta propiedad está valorada de la siguiente manera
   The property is valued as follows

   | | |
   |---|---|
   | Tierra / Land | 312 |
   | Estructura / Structure | 0 |
   | Maquinaria / Machinery | 0 |
   | Total Assessed value | 312 |

3. Esta propiedad tiene una cabida de
   This property has a capacity of          793.7800  Units: M



4. A esta propiedad v/o a su dueño, se le concedió una exención contributiva de  0

   This property and / or its owner, was granted a tax exemption of  0

5. A esta propiedad v/o su dueño se le concedió una exoneración contributiva de  0

   This property and / or its owner it was granted a tax exoneration for  0

6. Esta propiedad figura en el Certificado y Lista de Tasación a nombre de:
   MONSERRATE DAVILA NELSON

   This property is under the name of:
   MONSERRATE DAVILA NELSON

   Emitida/ Issued:   12 de Marzo de 2018
   Expira / Expires:  10 de Junio de 2018

Firma / Signature

Esta certificación tiene un valor de $2.50

Nota aclaratoria: La información suministrada en esta certificación puede ser afectada por cualquier investigación o intervención de cuenta que se haya iniciado o esté por iniciarse a este contribuyente. Esta certificación tendrá una vigencia de 3 meses a partir de la fecha de emisión.

Note: The information submitted in this certificate can be affected by any investigation or intervention to the account. This Report will be valid for 3 months from the date of issue.

3/12/2018  8:15:58AM



Estado Libre Asociado de Puerto Rico

Centro de Recaudación de Ingresos Municipales

Número de Certificación
R4E-201803120079

## ESTADO DE CUENTA / STATEMENT OF ACCOUNT

Propietario/ Owner:   MONSERRATE DAVILA NELSON

Fecha de interes / Interest Date:   12 de Marzo de 2018

# Catastro / Pin #:   302-008-221-32-000

Municipio / Municipality:   SAN LORENZO (48)

**Localización de la Propiedad / Property Location**
BO CERRO GORDO CARR 916  KM.HM 4.5

**Dirección Postal / Postal Address**
HC 20 BOX 25728 SAN LORENZO PR 00754

| Año Fiscal / Fiscal Year | Fecha Notif / Bill Date | Principal | Descuento / Discount | Interes / Interest | Recargos / Surcharge | Penalidad / Penalty | Cantidad Adeudada / Amount Due |
|---|---|---|---|---|---|---|---|
| | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| GRAND TOTAL | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

Emitida / Issued:   12 de Marzo de 2018

Expira / Expires:   10 de Junio de 2018

Firma / Signature



*La deuda con @ no está vencida.

No incluye deudas por mejoras que estuvieran sin tasar.

Esta certificación no será oficial sin el importe de $2.50 en estampillas emitidas por el CRIM. Es válida para gestiones de cobro.

Si mediante investigación realizada posteriormente se comprueba que esta propiedad no reúne los requisitos para disfrutar de la exención y/o exoneración, se pondrán al cobro las notificaciones retroactivas para los años

Nota aclaratoria: El cómputo de los intereses se calculan diariamente. Esta certificación tendrá una vigencia de 3 meses a partir de la fecha de emisión.

Note: The interest is calculated daily. This Report will be valid for 3 months from the date of issue.

3/12/2018   8:14:59AM

Página 1 de 1



Número de Certificación
R4V-201803120080

ESTADO LIBRE ASOCIADO DE PUERTO RICO
CENTRO DE RECAUDACION DE INGRESOS MUNICIPALES

## CERTIFICACION DE VALOR
## VALUE CERTIFICATE

1. La propiedad localizada en / Property located at:

   KM.HM 4.5  CARR 916
   BO CERRO GORDO
   SAN LORENZO

   se identifica para fines catastrales con el siguiente número: 302-008-221-32-000
   Identified with parcel number: 302-008-221-32-000

2. Esta propiedad está valorada de la siguiente manera
   The property is valued as follows

   | | |
   |---|---:|
   | Tierra / Land | 312 |
   | Estructura / Structure | 0 |
   | Maquinaria / Machinery | 0 |
   | Total Assessed value | 312 |

3. Esta propiedad tiene una cabida de
   This property has a capacity of                 793.7800  Units: M



4. A esta propiedad y/o a su dueño, se le concedió una exención contributiva de  0

   This property and / or its owner, was granted a tax exemption of  0

5. A esta propiedad y/o su dueño se le concedió una exoneración contributiva de  0

   This property and / or its owner it was granted a tax exoneration for  0

6. Esta propiedad figura en el Certificado y Lista de Tasación a nombre de:
   MONSERRATE DAVILA NELSON

   This property is under the name of:
   MONSERRATE DAVILA NELSON

   Emitida/ Issued:    12 de Marzo de 2018
   Expira / Expires:   10 de Junio de 2018

Firma / Signature

Esta certificación tiene un valor de $2.50

Nota aclaratoria: La información suministrada en esta certificación puede ser afectada por cualquier
investigación o intervención de cuenta que se haya iniciado o esté por iniciarse a este contribuyente.
Esta certificación tendrá una vigencia de 3 meses a partir de la fecha de emisión.

Note: The information submitted in this certificate can be affected by any investigation or intervention to
the account. This Report will be valid for 3 months from the date of issue.

3/12/2018  8:15:21AM