**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 18-02635 ESL | Judge: | ENRIQUE S. LAMOUTTE INCLAN | Trustee Name: | WIGBERTO LUGO-MENDER, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | NELSON MONSERRATE DAVILA | | | Date Filed (f) or Converted (c): | 05/11/2018 (f) |
| | | | | 341(a) Meeting Date: | 06/06/2018 |
| For Period Ending: | 12/31/2020 | | | Claims Bar Date: | 07/20/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residential property Barrio Cerdo Gordo Sector Los Velazquez Sr 916 Km 4.5 San Lorenzo, Puerto Rico  Property to be abandoned as fully encumbered and burdensome to the estate. | 95,080.00 | 0.00 | OA | 0.00 | FA |
| 2. Undevelop lot of 793 s/m located at Bo Cerro Gordo Sr 916 Int 9912 Km 4.5 on San Lorenzo PR  Property description as per deed of property Trustee to pursue the sale of thsi parcel of land. | 15,840.00 | 14,840.00 | | 7,600.00 | FA |
| 3. Undevelop lot of 793 s/m located at Bo Cerro Gordo Sr 9912 Int 9912 Km 4.8 Sector Velazque Rio Cayaguas on San Lorenzo PR  Trustee to pursue the sale of thsi parcel of land. | 15,860.00 | 14,860.00 | | 7,600.00 | FA |
| 4. Undevelop lot of 542 s/m located at Bo Cerro Gordo Sector Velazquez Rio Cayaguas Sr 912 Int 9912 Km 4.8 San Lorenzo, PR  Trustee to pursue the sale of thsi parcel of land. | 10,840.00 | 9,656.00 | | 4,800.00 | FA |
| 5. 2006 Toyota Corolla Mileage: 157,374 Kbb Trade In Fair Vin #  Although not inspected, scheduled value conforms with estimates reviewed in KBB. Will abandon as exempt. | 1,577.00 | 0.00 | OA | 0.00 | FA |
| 6. 2010 Lexus Rx 350 Sport Utility Mileage: 68,000 Kbb Trade In  Vehicle inspected by thirds party retained by Trustee. Vehicle value within estimate provided in scheduled. Abandon as exempt. | 10,350.00 | 0.00 | OA | 0.00 | FA |
| 7. 2004 Mitsubishi Outlander Mileage: 178,000 Kbb Trade In Fair  Vehicle inspected by thirds party retained by Trustee. Trustee to recover vehicle and conduct marketing efforts. | 733.00 | 1,200.00 | | 1,000.00 | FA |
| 8. Living Room Set Dining Room Set 3 Bedroom Sets Kitchen Appli | 2,500.00 | 0.00 | | 0.00 | FA |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No: | 18-02635 ESL | Judge: | ENRIQUE S. LAMOUTTE INCLAN | Trustee Name: | WIGBERTO LUGO-MENDER, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | NELSON MONSERRATE DAVILA | | | Date Filed (f) or Converted (c): | 05/11/2018 (f) |
| | | | | 341(a) Meeting Date: | 06/06/2018 |
| For Period Ending: | 12/31/2020 | | | Claims Bar Date: | 07/20/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 9. 2 Smartphones Tablet Pc Computer Printer  Inconsequential value to the estate | 1,500.00 | 0.00 | | 0.00 | FA |
| 10. Clothes & Personal Effects Of D & Fa  INCONSEQUENTIAL VALUE TO THE ESTATE | 2,500.00 | 0.00 | | 0.00 | FA |
| 11. Coop Las Piedras  Funds encumbered to creditor, no value for the benefit of the estate. | 5,185.13 | 0.00 | OA | 0.00 | FA |
| 12. BPPR Multi  Zero balance at filing the petition, listed for disclosure purpose only | 0.00 | 0.00 | | 0.00 | FA |
| 13. Scotiabank Bal Today $1,856.22 In Transit $215 | 1,641.22 | 0.22 | OA | 0.00 | FA |
| 14. Roberto Martinez Egci 2015-245 Judgment San Lorenzo Municipal Court July 9, 2015 Barriada Roosevelt $15,000 + 4.25% int = $16,003.08 [mo int @ $27.86] + $69 costs + $1,000 A/F #362 Calle 3 San Lorenzo 00754  Trustee to pursue the collection of this judgment | 17,072.08 | 0.00 | | 0.00 | 17,072.08 |
| 15. Void (u)  During the process of verifying the balance due of the property taxes, the bidder requested the refunded of the good faith deposit. | 0.00 | N/A | | 0.00 | FA |
| INT. Void (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)        $180,678.43        $40,556.22        $21,000.00        $17,072.08

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee pursuing liquidation of estate assets.
1. Pursing the sale of three parcels of land owned by the estate. Title recording issues may delay this process but all efforts are geared to complete this sale.
2. In process of recovering and selling the MItsibishi Outlander inasmuch this is free and clear of liens and exemptions.
3. Investigation alleged Judgement in Favor of the estate. Documents still to be obtained.

DECEMBER 31, 2019
Realtor appointed to pursue the sale of three parcel of land owned by the estate.
Given to the market condition will need additional time to get a prospective buyer for this asset.
In the event that closing sale occurs during this year estate tax return become due on April 2021
Objection to claims and closing dependent of this process.

DECEMBER 31, 2020
- Properties sold during 2020, pending filed estate taxes due on April 15, 2021
- Claims reviewed, pending filed objection to claims


Initial Projected Date of Final Report (TFR): 06/20/2020    Current Projected Date of Final Report (TFR): 07/31/2021

Trustee Signature:    /s/ WIGBERTO LUGO-MENDER, TRUSTEE    Date: 02/16/2021

WIGBERTO LUGO-MENDER, TRUSTEE
100 CARR 165 STE 501
GUAYNABO, PR  00968-8052
(787) 707-0404
wlugo@ecf.epiqsystems.com

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 18-02635 | Trustee Name: WIGBERTO LUGO-MENDER, TRUSTEE |
| Case Name: NELSON MONSERRATE DAVILA | Bank Name: BANCO SANTANDER |
| | Account Number/CD#: XXXXXX4194 |
| | BSPR- Checking Account |
| Taxpayer ID No: XX-XXX5127 | Blanket Bond (per case limit): $10,019,706.00 |
| For Period Ending: 12/31/2020 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/05/18 | | Lester Casiano-Arroyo | Good faith deposit to purchase- 3 lot of land located at San Lorenzo, PR | 1180-002 | $2,000.00 | | $2,000.00 |
| 10/11/18 | 101 | INTERNATIONAL SURETIES LTD SUITE 420 701 POYDRAS ST. NEW ORLEANS, LA 70139 | Blanket bond premium Per Order entered on October 16, 2018 [Refer to dockets #19 and #20] | 2300-000 | | $4.59 | $1,995.41 |
| 11/12/18 | 102 | Lester Casiano Arroyo | Refund good faith deposit to purchase property of the estate | 8500-002 | | $1,995.41 | $0.00 |
| 03/26/19 | 7 | Nelson Monserrate | Non exempt portion of a vehicle Mitsubishi Outlander 2004 | 1129-000 | $1,000.00 | | $1,000.00 |
| 06/26/19 | | BANCO SANTANDER | Bank service charge | 2600-000 | | $10.00 | $990.00 |
| 07/05/19 | | BANCO SANTANDER | Bank service charge | 2600-000 | | $10.00 | $980.00 |
| 09/12/19 | | BANCO SANTANDER | Bank service charge | 2600-000 | | $10.00 | $970.00 |
| 09/25/19 | 103 | INTERNATIONAL SURETIES LTD SUITE 420 701 POYDRAS ST. NEW ORLEANS, LA 70139 | Blanket bond premium As per Order entered on September 26, 2019 [Refer to dockets #28 and #29] | 2300-000 | | $2.04 | $967.96 |
| 08/27/20 | | Nelson Monserrate Davila | Non exempt portion of three land lot located at Bo Cerro Gordo on San Lorenzo | | $20,000.00 | | $20,967.96 |
| | | | Gross Receipts  $20,000.00 | | | | |
| | 2 | | Undevelop lot of 793 s/m located at Bo Cerro Gordo Sr 916 Int 9912 Km 4.5 on San Lorenzo PR  $7,600.00 | 1110-000 | | | |
| | 3 | | Undevelop lot of 793 s/m located at Bo Cerro Gordo Sr 9912 Int 9912 Km 4.8 Sector Velazque Rio Cayaguas on San Lorenzo PR  $7,600.00 | 1110-000 | | | |

Page Subtotals: $23,000.00 $2,032.04

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |   | | |
|---|---|---|---|---|
| Case No: | 18-02635 | Trustee Name: | WIGBERTO LUGO-MENDER, TRUSTEE |
| Case Name: | NELSON MONSERRATE DAVILA | Bank Name: | BANCO SANTANDER |
| | | Account Number/CD#: | XXXXXX4194 |
| | | | BSPR- Checking Account |
| Taxpayer ID No: | XX-XXX5127 | Blanket Bond (per case limit): | $10,019,706.00 |
| For Period Ending: | 12/31/2020 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | 4 | | Undevelop lot of 542 s/m located at Bo Cerro Gordo Sector Velazquez Rio Cayaguas Sr 912 Int 9912 Km 4.8 San Lorenzo, PR   $4,800.00 | 1110-000 | | | |
| 09/22/20 | 104 | INTERNATIONAL SURETIES LTD SUITE 420 701 POYDRAS ST. NEW ORLEANS, LA  70139 | Blanket bond premium As per Order entered on September 22, 2020 [Refer to docket #36 and #37] | 2300-000 | | $42.48 | $20,925.48 |
| 10/14/20 | 105 | WIGBERTO LUGO MENDER Centro Internacional de Mercadeo 100 Carr. 165 Suite 501 Guaynabo, PR  00968-8052 | As per Court Order entered on October 14, 2020 [Reimbursed expenses] Refer to docket #41 and #42 | 2200-000 | | $327.97 | $20,597.51 |
| 12/02/20 | | Transfer to Acct # xxxxxx0341 | Transfer of Funds | 9999-000 | | $20,597.51 | $0.00 |

|   |   |   |
|---|---|---|
| COLUMN TOTALS | $23,000.00 | $23,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $20,597.51 |
| Subtotal | $23,000.00 | $2,402.49 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $23,000.00 | $2,402.49 |

Page Subtotals:  $0.00  $20,967.96

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: 18-02635 | Trustee Name: WIGBERTO LUGO-MENDER, TRUSTEE |
| Case Name: NELSON MONSERRATE DAVILA | Bank Name: Axos Bank |
| | Account Number/CD#: XXXXXX0341 |
| | Checking |
| Taxpayer ID No: XX-XXX5127 | Blanket Bond (per case limit): $10,019,706.00 |
| For Period Ending: 12/31/2020 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/02/20 | | Transfer from Acct # xxxxxx4194 | Transfer of Funds | 9999-000 | $20,597.51 | | $20,597.51 |

| | | |
|---|---|---|
| COLUMN TOTALS | $20,597.51 | $0.00 |
| Less: Bank Transfers/CD's | $20,597.51 | $0.00 |
| Subtotal | $0.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $0.00 |

Page Subtotals: $20,597.51 $0.00

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0341 - Checking | $0.00 | $0.00 | $20,597.51 |
| XXXXXX4194 - BSPR- Checking Account | $23,000.00 | $2,402.49 | $0.00 |
|  | $23,000.00 | $2,402.49 | $20,597.51 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $23,000.00 |
| Total Gross Receipts: | $23,000.00 |

Trustee Signature:   /s/ WIGBERTO LUGO-MENDER, TRUSTEE   Date: 02/16/2021

WIGBERTO LUGO-MENDER, TRUSTEE  
100 CARR 165 STE 501  
GUAYNABO, PR  00968-8052  
(787) 707-0404  
wlugo@ecf.epiqsystems.com

Page Subtotals:   $0.00   $0.00