**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 18-02635 ESL | Judge: | ENRIQUE S. LAMOUTTE INCLAN | Trustee Name: | WIGBERTO LUGO-MENDER, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | NELSON MONSERRATE DAVILA | | | Date Filed (f) or Converted (c): | 05/11/2018 (f) |
| | | | | 341(a) Meeting Date: | 06/06/2018 |
| For Period Ending: | 12/31/2021 | | | Claims Bar Date: | 07/20/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residential property Barrio Cerdo Gordo Sector Los Velazquez Sr 916 Km 4.5 San Lorenzo, Puerto Rico | 95,080.00 | 0.00 | OA | 0.00 | FA |
| 2. Undevelop lot of 793 s/m located at Bo Cerro Gordo Sr 916 Int 9912 Km 4.5 on San Lorenzo PR<br><br>Property description as per deed of property | 15,840.00 | 14,840.00 | | 0.00 | FA |
| 3. Undevelop lot of 793 s/m located at Bo Cerro Gordo Sr 9912 Int 9912 Km 4.8 Sector Velazque Rio Cayaguas on San Lorenzo Puerto Rico | 15,860.00 | 14,860.00 | | 0.00 | FA |
| 4. Undevelop lot of 542 s/m located at Bo Cerro Gordo Sector Velazquez Rio Cayaguas Sr 912 Int 9912 Km 4.8 San Lorenzo, Puerto Rico | 10,840.00 | 9,656.00 | | 0.00 | FA |
| 5. Vehicle- Toyota Corolla 2006 Mileage: 157,374 Vin #2T1BR32EX6C619986 KBB Trade in fair | 1,577.00 | 0.00 | OA | 0.00 | FA |
| 6. Vehicle- Lexus RX-350 2010 Sport Utility Mileage: 68,000 KBB Trade in VIN #JTJBK1BAXA2410760 | 10,350.00 | 0.00 | OA | 0.00 | FA |
| 7. Vehicle- Mitsubishi Outlander 2004 Plate #EYG468 Mileage: 178,000 KBB Trade in fair | 733.00 | 1,200.00 | | 0.00 | FA |
| 8. Living Room Set Dining Room Set 3 Bedroom Sets Kitchen Appliances | 2,500.00 | 0.00 | | 0.00 | FA |
| 9. 2 Smartphones, 1 Tablet, 1 PC Computer and Printer<br><br>Inconsequential value to the estate | 1,500.00 | 0.00 | | 0.00 | FA |
| 10. Clothes & Personal Effects Of D & Fa<br><br>Inconsequential value to the estate | 2,500.00 | 0.00 | | 0.00 | FA |
| 11. Shares- Coop Las Piedras | 5,185.13 | 0.00 | OA | 0.00 | FA |
| 12. Checking- Banco Popular de PR Acct #2569<br><br>Zero balance at filing the petition, listed for disclosure purpose only | 0.00 | 0.00 | | 0.00 | FA |
| 13. Scotiabank Bal Today $1,856.22 In Transit $215 | 1,641.22 | 0.22 | OA | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 18-02635 | ESL | Judge: | ENRIQUE S. LAMOUTTE INCLAN | Trustee Name: | WIGBERTO LUGO-MENDER, TRUSTEE |
| Case Name: | NELSON MONSERRATE DAVILA | | | | Date Filed (f) or Converted (c): | 05/11/2018 (f) |
| | | | | | 341(a) Meeting Date: | 06/06/2018 |
| For Period Ending: | 12/31/2021 | | | | Claims Bar Date: | 07/20/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 14. Roberto Martinez- Case EGCI2015-245 Judgment San Lorenzo Municipal Court July 9, 2015 Barriada Roosevelt $15,000 + 4.25% int = $16,003.08 [mo int @ $27.86] + $69 costs + $1,000 A/F #362 Calle 3 San Lorenzo 00754 | 17,072.08 | 17,072.08 | OA | 0.00 | FA |
| 15. Void (u)<br><br>During the process of verifying the balance due of the property taxes, the bidder requested the refunded of the good faith deposit. | 0.00 | N/A | | 0.00 | FA |
| INT. Void (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)                $180,678.43        $57,628.30                        $0.00        $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee pursuing liquidation of estate assets.
1. Pursing the sale of three parcels of land owned by the estate. Title recording issues may delay this process but all efforts are geared to complete this sale.
2. In process of recovering and selling the MItsibishi Outlander inasmuch this is free and clear of liens and exemptions.
3. Investigation alleged Judgement in Favor of the estate. Documents still to be obtained.

DECEMBER 31, 2019
Realtor appointed to pursue the sale of three parcel of land owned by the estate.
Given to the market condition will need additional time to get a prospective buyer for this asset.
In the event that closing sale occurs during this year estate tax return become due on April 2021
Objection to claims and closing dependent of this process.

DECEMBER 31, 2020
- Properties sold during 2020, pending filed estate taxes due on April 15, 2021
- Claims reviewed, pending filed objection to claims

DECEMBER 31, 2021
All assets seem to be liquidated, Final Trustee will be submitted no later than February 28, 2022

Initial Projected Date of Final Report (TFR): 06/20/2020     Current Projected Date of Final Report (TFR): 02/28/2022

Trustee Signature:     /s/ WIGBERTO LUGO-MENDER, TRUSTEE     Date: 02/01/2022

WIGBERTO LUGO-MENDER, TRUSTEE
100 CARR 165 STE 501
GUAYNABO, PR  00968-8052
(787) 707-0404
wlugo@ecf.epiqsystems.com

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 18-02635 | Trustee Name: | WIGBERTO LUGO-MENDER, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | NELSON MONSERRATE DAVILA | Bank Name: | FirstBank |
| | | Account Number/CD#: | XXXXXX4194 |
| | | | BSPR- Checking Account |
| Taxpayer ID No: | XX-XXX5127 | Blanket Bond (per case limit): | $10,557,023.00 |
| For Period Ending: | 12/31/2021 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | | Balance Forward | | | | $0.00 |
| | | No Transactions | | | | | $0.00 |

| | | |
| --- | ---: | ---: |
| COLUMN TOTALS | $0.00 | $0.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $0.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $0.00 |

| | | |
| --- | ---: | ---: |
| Page Subtotals: | $0.00 | $0.00 |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: 18-02635 | Trustee Name: | WIGBERTO LUGO-MENDER, TRUSTEE |
| Case Name: NELSON MONSERRATE DAVILA | Bank Name: | Axos Bank |
| | Account Number/CD#: | XXXXXX0341 |
| | | Checking |
| Taxpayer ID No: XX-XXX5127 | Blanket Bond (per case limit): | $10,557,023.00 |
| For Period Ending: 12/31/2021 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | | Balance Forward | | | | $20,597.51 |
| 09/21/21 | 2001 | INTERNATIONAL SURETIES LTD<br>SUITE 420<br>701 POYDRAS ST.<br>NEW ORLEANS, LA 70139 | Blanket bond premium<br>As per Order entered on<br>9/21/2021 [Refer to dockets<br>#56 and #57] | 2300-000 | | $40.96 | $20,556.55 |

| | | |
|---|---|---|
| COLUMN TOTALS | $0.00 | $40.96 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $0.00 | $40.96 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $40.96 |

Page Subtotals: $0.00 $40.96

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0341 - Checking | $0.00 | $40.96 | $20,556.55 |
| XXXXXX4194 - BSPR- Checking Account | $23,000.00 | $2,402.49 | $0.00 |
|  | $23,000.00 | $2,443.45 | $20,556.55 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $23,000.00 |
| Total Gross Receipts: | $23,000.00 |

Trustee Signature: /s/ WIGBERTO LUGO-MENDER, TRUSTEE    Date: 02/01/2022

WIGBERTO LUGO-MENDER, TRUSTEE
100 CARR 165 STE 501
GUAYNABO, PR  00968-8052
(787) 707-0404
wlugo@ecf.epiqsystems.com

Page Subtotals:    $0.00    $0.00