**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF PUERTO RICO**

| IN RE: | |
|---|---|
| NELSON MONSERRATE DAVILA | CASE NO. 18-02635 (ESL) |
| DEBTOR | CHAPTER 7 ASSET CASE |

## TRUSTEE'S MOTION REQUESTING ORDER ON DISPOSITION OF PROPERTY

TO THE HONORABLE COURT:

COMES NOW, Wigberto Lugo Mender, duly appointed Chapter 7 Trustee of the above captioned case, who respectfully states and prays as follows:

1. The above captioned case was filed as a Chapter 7 proceeding on May 11, 2018. On or around that date, the undersigned was appointed Chapter 7 Trustee.

2. Whitin the assets pertaining to this estate, debtor listed on the petition a vehicle Mitsubishi Outlander 2004 Plate #EYG468. [See legal docket #1]

3. Although debtor informed on the Schedules that the value of the vehicle was $773.00, the trustee believed that the value listed was not reasonable comparable actual conditions. [See enclosed pictures]

4. According to the information obtained at that time, the fair market value of the vehicle was approximately 1,200.00 as the engine needed some minor repairs.

5. Then debtor's attorney contacted the undersigned trustee to present and offer of $1,000.00 to acquire the non-exempt interest of this vehicle and deposited with the undersigned said amount.

6. Although the vehicle was registered under debtor's name, according to the testimony of

TRUSTEE'S INFORMATIVE MOTION TO INFORM
DISPOSITION OF PROPERTY

NELSON MONSERRATE DAVILA
CASE #18-02635 (ESL)
PAGE #2

the debtor and the information received in the case the vehicle was in the possession of his ex-wife.

7. The proceeds from the sale of this vehicle were received from debtor on March 26, 2019 and have remained deposited in the estate account assigned to this case.

8. All assets in this case have been administered and gathering the information to submit the Trustee's Final Report we realized that by inadvertence, the intended transaction for the equity on the Mitsubishi Outlander 2004 Plate #EYG468, was not presented for approval by the Honorable Court.

9. Thus, in order to comply with the provisions of 11 U.S.C. Section 363 and 704, the undersigned trustee's hereby states that he accepted this offer for the disposition of this vehicle. Since, in the trustee's best business judgment, debtor's offer received is reasonable since this vehicle will not yield any additional benefit to the creditors.

WHEREFORE, the undersigned Trustee prays this Honorable Court to take notice of the matters contained herein and to enter any other relief as deemed necessary.

## NOTICE

Within twenty-one (21) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the clerk=s office of the United States Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the court, the interest of justice requires otherwise.

TRUSTEE'S INFORMATIVE MOTION TO INFORM  
DISPOSITION OF PROPERTY

NELSON MONSERRATE DAVILA  
CASE #18-02635 (ESL)  
PAGE #3

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY**, That on this same date I electronically filed the forgoing document with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the parties appearing in said system, including: **Monsita Lecaroz Arribas, Esq** at ustpregion21.hr.ecf@usdoj.gov; **Patricia I Varela, Esq.** on behalf of Banco Popular de PR at pvarela@martineztorreslaw.com, ezdocsatty1@gmail.com, mvelez@martineztorreslaw.com, ecruz@martineztorreslaw.com, jrico@martineztorreslaw.com, svega@martineztorreslaw.com; mbaldera@martineztorreslaw.com, rmelendez@martineztorreslaw.com, and; and **Lysette Morales Vidal, Esq.** at lamoraleslawoffice@gmail.com and irma.lamorales@gmail.com.

**I FURTHER CERTIFY THAT** copy of this motion, with all the exhibits, has been served by First Class Mail to: **Nelson Monserrate Davila (Debtor)** at HC 20 Box 25728, San Lorenzo PR 00754; and **Lyssette A Morales Vidal, Esq. (Attorney for Debtor)** at Lyssette Morales Law Office, 76 Calle Aquamarina, Urb. Villa Blanca, Caguas PR 00725 and to all other creditors and parties in interest as detailed in the attached master address list.

RESPECTFULLY SUBMITTED.

In Guaynabo, Puerto Rico, this 11TH of February of 2022.

/s/ Wigberto Lugo Mender  
CHAPTER 7 TRUSTEE  
#100 Rd. 165 Suite 501  
Guaynabo, PR 00968  
Tel. (787) 707-0404  
Fax (787) 707-0412  
trustee@lugomender.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0104-3<br>Case 18-02635-ESL7<br>District of Puerto Rico<br>Old San Juan<br>Fri Feb 11 12:01:02 AST 2022 | BANCO POPULAR PR<br>MARTINEZ & TORRES LAW OFFICES PSC<br>PO BOX 192938<br>SAN JUAN, PR 00919-3409 | US Bankruptcy Court District of P.R.<br>Jose V Toledo Fed Bldg & US Courthouse<br>300 Recinto Sur Street, Room 109<br>San Juan, PR 00901-1964 |
| BANCO POPULAR DE PUERTO RICO<br>MARTINEZ & TORRES LAW OFFICES, P.S.C.<br>P.O. BOX 192938<br>SAN JUAN, PR 00919-3409 | BPPR<br>GPO BOX 3228<br>SAN JUAN PR 00936 | BPPR<br>PO BOX 70127<br>SAN JUAN PR 00936-8127 |
| BPPR-CRLINE<br>GPO BOX 2708<br>SAN JUAN PR 00936 | CITI<br>PO BOX 6241<br>SIOUX FALLS SD 57117-6241 | COOP PIEDRAS<br>APARTADO 252<br>LAS PIEDRAS PR 00771-0252 |
| COOPERATIVA A/C LAS PIEDRAS<br>APARTADO 414<br>LAS PIEDRAS PR 00771-0414 | CRIM<br>BANKRUPTCY DIV.<br>PO BOX 195387<br>SAN JUAN PR 00919-5387 | DEPARTMENT OF TREASURY<br>BANKRUPTCY SECTION 424 B<br>PO BOX 9024140<br>SAN JUAN, PR 00902-4140 |
| ELA TREASURY DEPT<br>PO BOX 9024140<br>SAN JUAN PR 00902-4140 | FIRST BANK<br>CONSUMER SERVICE CENTER<br>BANKRUPTCY DIVISION (CODE 248)<br>PO BOX 9146, SAN JUAN, PR 00908-0146 | FIRST BANK PUERTO RICO<br>1130 MUNOZ RIVERA AVE<br>SAN JUAN PR 00927-5009 |
| FIRST BANK PUERTO RICO<br>PO BOX 982238<br>EL PASO TX 79998-2238 | IRS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | PYOD, LLC its successors and assigns as assi<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602-9008 |
| SEARS/CBNA<br>PO BOX 6283<br>SIOUX FALLS SD 57117-6283 | SYNCB/SAMS CLUB DISCOVER<br>PO BOX 965005<br>ORLANDO FL 32896-5005 | SYNCB/TJX COS DC<br>PO BOX 965005<br>ORLANDO FL 32896-5005 |
| Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541-1021 | LYSSETTE A MORALES VIDAL<br>LYSSETE MORALESLAW OFFICE<br>76 CALLE AQUAMARINA URB VILLA BLANCA<br>CAGUAS, PR 00725-1908 | MONSITA LECAROZ ARRIBAS<br>OFFICE OF THE US TRUSTEE (UST)<br>OCHOA BUILDING<br>500 TANCA STREET SUITE 301<br>SAN JUAN, PR 00901 |
| NELSON MONSERRATE DAVILA<br>HC 20 BOX 25728<br>SAN LORENZO, PR 00754-9642 | WIGBERTO LUGO MENDER<br>LUGO MENDER & CO<br>CENTRO INTERNACIONAL DE MERCADEO<br>100 CARR 165 SUITE 501<br>GUAYNABO, PR 00968-8052 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)18-2635 (u)NELSON MONSERRATE DAVILA

End of Label Matrix
Mailable recipients 25
Bypassed recipients 2
Total 27

Case:18-02635-EAG7 Doc#:60 Filed:02/11/22 Entered:02/11/22 12:04:58 Desc: Main
Document Page 5 of 5