# SUPPLEMENTAL
## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No. 18-02635 EAG
Case Name: NELSON MONSERRATE DAVILA
Trustee Name: WIGBERTO LUGO-MENDER

Balance on hand                                                                $   2,909.35

Claim of secured creditors will be paid as follow:

| Claim No. | Claimant | Claim Asserted | Allowed Amount Of Claim | Interim Payment to Date | Proposed payment |
|---|---|---|---|---|---|
| 2 | CRIM | $ 83.09 | $ 83.09 | $ 0.00 | $ 83.09 |
| 3A | COOPERATIVA A/C LAS PIEDRAS | $ 5,202.17 | $ 0.00 | $ 0.00 | $ 0.00 |
| 4 | BANCO POPULAR AS SERVICE AGENT FOR POPULAR MORTGAGE | $ 96,028.07 | $ 0.00 | $ 0.00 | $ 0.00 |

Total to be paid to secured creditors:                       $        83.09

Remaining Balance:                                           $     2,826.26

Application for chapter 7 fees and administrative expenses have been filed as follow:

| Reason/ Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: WIGBERTO LUGO-MENDER | $ 2,850.46 | $ 2,850.46 | $ 0.00 |
| Trustee Expenses: WIGBERTO LUGO-MENDER | $ 386.71 | $ 386.71 | $ 0.00 |

Total to be paid to secured creditors:                       $     2,826.26

Remaining Balance:                                           $     2,826.26

**UST Form 101-7-TFR (5/1/2011)** *(Page 1)*

Application for prior chapter fees and administrative expenses have been filed as follow:

NONE

In addition to the expense of administration listed above as may be allowed by the Court, priority claims totaling $2,667.64 must be paid in advance of any dividend to general (unsecured creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount Of Claim | Interim Payment to Date | Proposed payment |
|---|---|---|---|---|
| 8-1A | DEPARTMENT OF TREASURY | $ 0.00 | $ 0.00 | $ 0.00 |
| 8-2A | DEPARTMENT OF TREASURY | $ 2,667.64 | $ 0.00 | $ 2,667.64 |

Total to be paid to priority creditors: $ 2,667.64

Remaining Balance: $ 158.62

The actual distribution to wage claimants included above, if any, will be proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities)

Timely claims of general (unsecured) creditors totaling $36,917.51 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 40.4 percent, plus interest (if applicable)

Timely allowed general (unsecured) claims are as follow:

| Claim No. | Claimant | Allowed Amount Of Claim | Interim Payment to Date | Proposed payment |
|---|---|---|---|---|
| 1 | FIRST BANK | $ 9,028.23 | $ 3,604.20 | $ 38.79 |
| 3B | COOPERATIVA A/C LAS PIEDRAS | $ 17,911.61 | $ 7,150.57 | $ 76.96 |
| 5 | SYNCHRONY BANK | $ 1,503.82 | $ 600.35 | $ 6.46 |
| 6 | SYNCHRONY BANK | $ 5,686.52 | $ 2,270.14 | $ 24.43 |

| Claim No. | Claimant | Allowed Amount Of Claim | Interim Payment to Date | Proposed payment |
|---|---|---|---|---|
| 7 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE | $ 2,787.33 | $ 1,112.74 | $ 11.98 |
| 8-1B | DEPARTMENT OF TREASURY | $ 0.00 | $ 0.00 | $ 0.00 |

Total to be paid to general unsecured creditors: $ 158.62

Remaining Balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.00 percent

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court as follows:

| Claim No. | Claimant | Allowed Amount Of Claim | Interim Payment to Date | Proposed payment |
|---|---|---|---|---|
| 8-1B | DEPARTMENT OF TREASURY | $ 0.00 | $ 0.00 | $ 0.00 |

Total to be paid to secured creditors: $ 0.00

Remaining Balance: $ 0.00