## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF PUERTO RICO

| IN RE: | |
|---|---|
| NELSON MONSERRATE DAVILA | CASE NO. 18-02635 (ESL) |
| | CHAPTER 7 |
| DEBTOR | ASSET CASE |

### NOTICE OF PAYMENT OF FUNDS INTO THE REGISTRY OF THE COURT

TO THE HONORABLE COURT:

Comes now, Wigberto Lugo Mender, duly appointed trustee in the above captioned case, hereby shows the following:

1. In accordance with U.S.C. Section 347(a), payment has been stopped on all checks of the estate, which remain unpaid, as identified in Paragraph 2. The total sum of the check is $11.98 which has been deposited with the Court for disposition pursuant to 28 U.S.C Section 2041 et. Seg.

2. Pursuant to Federal Rule of Bankruptcy Procedure 3011, the last known name and address of each entity who final dividend check has not been presented for payment and the amount that such entity is entitled to be paid from the property of the Estate which has been paid into the Court is as follows:

| Claim # | Name & Address of Claimant | Dividend Amount |
|---|---|---|
| 3 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF CITIBANK, N.A. RESURGENT CAPITAL SERVICES PO BOX 19008 GREENVILLE, SC 29602 | $11.98 |
| | *Total Unclaimed Dividends:* | $11.98 |

**I HEREBY CERTIFY:** That on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the parties appearing in said system.

**I FURTHER CERTIFY:** having sent a copy of this document by first Class U.S. Mail to the U.S. Trustee's Office at their address of record.

RESPECTFULLY SUBMITTED

This 5TH day of June of 2023. in Guaynabo, Puerto Rico.

*S/ Wigberto Lugo Mender*
WIGBERTO LUGO MENDER
CHAPTER 7 TRUSTEE
100 Rd #165 Suite 501
Guaynabo, PR 00968
Tel. (787) 707-0404
Fax (787) 707-0412
trustee@lugomender.com

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND · THIS PAPER CONTAINS FLUORESCENT FIBERS AND OTHER SECURITY FEATURES

**AXOS BANK**
4350 La Jolla Village Dr, Suite 140
San Diego, CA 92122

90-8725/1222
**CHECK NUMBER**
**2017**

WIGBERTO LUGO-MENDER, TRUSTEE
100 CARR 165 STE 501
GUAYNABO, PR 00968-8052

Remit to Court

| DATE | AMOUNT |
|---|---|
| 6/2/23 | $*************11.98 |

**PAY TO THE ORDER OF**

FOR CHECK VERIFICATION: 888-374-8267 Option 8

Clerk, U.S. Bankruptcy Court
JOSÉ V. TOLEDO FEDERAL BUILDING & US COURTHOUSE
300 RECINTO SUR SUITE 109
SAN JUAN, PR 00901

| CASE NUMBER |
|---|
| 18-02635 EAG |

**ESTATE OF**
Debtor: NELSON MONSERRATE DAVILA

*Eleven Dollars And 98/100*

CHAPTER 7 TRUSTEE
THIS CHECK VOID AFTER 90 DAYS

⑆002017⑆ ⑆122287251⑆ 7990995000341⑈

---

| Date: 6/2/23 | Check Number: 2017 | | Amount: $11.98 |
|---|---|---|---|
| | CASE NUMBER 18-02635 EAG<br>Debtor Name: NELSON MONSERRATE DAVILA | | |
| Paid To: | Clerk, U.S. Bankruptcy Court<br>José V. Toledo Federal Building & US Courthouse<br>300 Recinto Sur Suite 109<br>San Juan, PR 00901 | Trustee: | WIGBERTO LUGO-MENDER, TRUSTEE<br>100 CARR 165 STE 501<br>GUAYNABO, PR 00968-8052 |
| Description: | Remit to Court<br>*Unclaimed funds* | | |
| Bank Account Number: 7990995000341 | | | |